UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher G. Cassie, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Dr
Suite 202
Maple Shade, NJ 08052
800-481-2098
Fax : 856-282-1090
Email: ccassie@keaveneylegalgroup.com
Attorney for Debtor

---

In Re:

Roger A. Plew

Case No.:  22-10915-MEH

Judge:  Mark Edward Hall

Chapter:  13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by _____Bank of America, N.A._____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

My attorney mailed out a replacement bank check to Bank of America, N.A. in the amount of $1,700.00 on or about September 24, 2025. A copy of the check is attached.

☐  Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/27/2025                                           /s/Roger A. Plew
                                                                         Debtor's Signature

Date: _____                                      _____
                                                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



# Cashier's Check

No. ▓▓▓▓ 1569

**BANK OF AMERICA**

Notice to Purchaser – In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days   30-1/1140   NNJ

Date 07/03/24 01:19:15 PM

BORDENTOWN
767    0090278    044

Pay  ➤➤➤➤ BANK OF AMERICA  ONE SEVEN ZERO ZERO ZERO ZERO  **$1,700.00**

**One Thousand Seven Hundred and 00/100 Dollars**

To The Order Of: BANK OF AMERICA

MEMO: REPLACEMENT CHECK

Remitter (Purchased By): ROGER A PLEW

Bank of America, N.A.
SAN ANTONIO, TX

*Roger S. Jones*
AUTHORIZED SIGNATURE

00-53-3364B  06-2019

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.