# EXHIBIT A



**Mutual of Omaha MORTGAGE**

# Comparison of Loan Products

| | Loan Number: | 10549272 |
|---|---|---|
| | Closing Date: | 09/10/2025 |
| | Nearest Age: | 79 |
| | Exp. Rate Date: | Application Date, |

Loan Officer: Cecilia Anne Silano, (631) 626-8456
Created for: Roger Plew (02/01/1947)
Property Address: 117 Philmont Ave, Trenton, NJ, Mercer 08610-4328

| | HECM CMT Monthly 5% | HECM Fixed | HECM CMT Monthly 10% |
|---|---|---|---|
| Index | 1y cmt | (Fixed) | 1y cmt |
| Margin/Rate | Margin: 2.390% | Rate: 8.750% | Margin: 2.875% |
| Expected/Initial Rate | 6.625% / 6.375% | 8.750% / 8.750% | 7.125% / 6.875% |
| Interest Rate Cap | 11.375% | | 16.875% |
| MIP Rate | 0.500% | 0.500% | 0.500% |
| Monthly Servicing Fee | | | |
| Initial LOC Growth Rate | 6.875% | | 7.375% |
| Estimated Property Value | $400,000.00 | $400,000.00 | $400,000.00 |
| Max Claim Amount | $400,000.00 | $400,000.00 | $400,000.00 |
| **Principal Limit** | $180,000.00 | $148,000.00 | $171,600.00 |
| - Mortgage Insurance | $8,000.00 | $8,000.00 | $8,000.00 |
| - Origination Fee | $6,000.00 | $6,000.00 | $6,000.00 |
| - Other Fees | $3,799.05 | $3,799.05 | $3,799.05 |
| - LESA | $61,030.01 | $56,192.68 | $59,839.05 |
| - Liens Payoff | $91,000.00 | $91,000.00 | $91,000.00 |
| **Available Funds** | $10,170.94 | $-16,991.73 | $2,961.90 |
| **Available Tenure** | $77.46 | | $23.46 |
| **Disbursement** | Cash $0.00 | Shortfall $-16,991.73 | Cash $0.00 |
| | Monthly $0.00 | | Monthly $0.00 |
| | LOC $10,170.94 | | LOC $2,961.90 |

**Additional Information**

| | | | |
|---|---|---|---|
| Mandatory Obligations | $116,425.05 | $116,425.05 | $116,425.05 |
| First Year LESA Disbursement | $7,626.00 | $7,626.00 | $7,626.00 |
| Initial Disbursement Limit | $126,595.99 | $99,433.32 | $119,386.95 |
| Additional 10% Usage | $10,170.94 | | $2,961.90 |
| UPB | $108,799.05 | $91,807.32 | $108,799.05 |

These numbers are calculated based on the current interest rates, fees, and the estimated closing date. Changes in interest rates and/or changes in the final closing date may cause the fees and funds available at closing to be higher or lower than stated.

Comparison of Loan Products
Prepared 7/10/2025
Copyright 2025 QuantumReverse, Inc

Page 1 of 2
( Page 12 of 69 )

Loan Officer Cecilia Anne Silano, NMLS 63724
Loan Origination Company NMLS 1025894
Loan Number 10549272



**Mutual of Omaha Mortgage**

# Comparison of Loan Products

| Loan Officer: | Cecilia Anne Silano, (631) 626-8456 |
|---|---|
| Created for: | Roger Plew (02/01/1947) |
| Property Address: | 117 Philmont Ave, Trenton, NJ, Mercer 08610-4328 |

| Loan Number: | 10549272 |
|---|---|
| Closing Date: | 09/10/2025 |
| Nearest Age: | 79 |
| Exp. Rate Date: | Application Date, |

|  | HECM CMT Annual | SecureEquity ARM | SecureEquity Fixed |
|---|---|---|---|
| Index | 1y cmt | 1y cmt | (Fixed) |
| Margin/Rate | Margin: 3.875% | Margin: 6.000% | Rate: 9.240% |
| Expected/Initial Rate | 8.125% / 7.875% | 10.000% | 9.240% |
| Interest Rate Cap | 12.875% | 15.000% |  |
| MIP Rate | 0.500% | 0.000% | 0.000% |
| Monthly Servicing Fee |  | $20.00 |  |
| Initial LOC Growth Rate | 8.375% | 1.500% |  |
| Property Value | $400,000.00 | $400,000.00 | $400,000.00 |
| Max Claim Amount | $400,000.00 | $400,000.00 | $400,000.00 |
| **Principal Limit** | **$156,400.00** | **$0.00** | **$0.00** |
| - Mortgage Insurance | $8,000.00 | $0.00 | $0.00 |
| - Origination Fee | $6,000.00 | $7,028.00 | $0.00 |
| - Other Fees | $3,799.05 | $3,957.20 | $3,957.20 |
| - LESA | $57,555.86 | $82,360.80 | $82,360.80 |
| - Liens Payoff | $91,000.00 | $91,000.00 | $91,000.00 |
| **Available Funds** | **$-9,954.91** | **$-184,346.00** | **$-177,318.00** |
| Available Tenure | $0.00 |  |  |

| Disbursement | | | | | |
|---|---|---|---|---|---|
| Shortfall $-9,954.91 | Shortfall $-184,346.00 | Shortfall $-177,318.00 |
| Monthly $0.00 | LOC $0.00 | |
| LOC $0.00 | | |

### Additional Information

| Mandatory Obligations | $116,425.05 | $101,985.20 | $94,957.20 |
|---|---|---|---|
| First Year LESA Disbursement | $7,626.00 | $7,626.00 | $7,626.00 |
| Initial Disbursement Limit | $106,470.14 |  |  |
| Additional 10% Usage |  |  |  |
| UPB | $98,844.14 |  |  |

These numbers are calculated based on the current interest rates, fees, and the estimated closing date. Changes in interest rates and/or changes in the final closing date may cause the fees and funds available at closing to be higher or lower than stated.

_____  _____
Roger Plew                                      Date

Comparison of Loan Products
Prepared 7/10/2025
Copyright 2025 QuantumReverse, Inc
Page 2 of 2
( Page 13 of 69 )
Loan Officer Cecilia Anne Silano, NMLS 63724
Loan Origination Company NMLS 1025894
Loan Number 10549272